IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION



MAC H. McCORNELL,

    Plaintiff,

v.

CITIGROUP, INC., ET AL.,

    Defendants.

CIVIL ACTION NO.
2:05CV283KS-JMR

Judge Starrett
Magistrate Judge Roper

## ORDER

Having considered the parties' Joint Stipulation of Dismissal dismissing Plaintiff, Mac H. McCornell, from this case with prejudice, the Court hereby finds that the Joint Stipulation of Dismissal is granted.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff, Mac H. McCornell, is hereby dismissed from this case with prejudice, costs taxed as paid.

JAN. 5, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

1370353

3